UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-CR-00048 (VAB) |
| | : | |
| v. | : | |
| | : | |
| LESLIE EVANS, | : | |
| | : | |
| Defendant. | : | May 29 2018 |

**CONSENT MOTION TO CONTINUE TRIAL DATE BY DEFENDANT LESLIE EVANS**

The defendant Leslie Evans respectfully moves to continue the trial date in the above-captioned action and to exclude the time under the Speedy Trial Act. In support of this Motion, Mr. Evans states as follows:

1. On March 14, 2018, the government returned an indictment, charging Mr. Evans with various counts of wire fraud (in violation of 18 U.S.C. § 1343), bank fraud (in violation of 18 U.S.C. § 1344), conspiracy to commit wire fraud and bank fraud (in violation of 18 U.S.C. § 1349), and unlawful money transactions (in violation of 18 U.S.C. § 1957). ECF 1.

2. On April 19, 2018, Mr. Evans was arraigned on the indictment before the Honorable Holly B. Fitzsimmons, who set the matter down for trial on June 4, 2018. ECF 20. At that hearing, Magistrate Judge Fitzsimmons also released Mr. Evans on conditions pursuant to the Bail Reform Act. ECF 19.

3. On May 3, 2018, the government provided defense counsel with a hard drive containing the first wave of discovery in this matter, which comprised

approximately 198 gigabytes of data. *See* Letter from John T. Pierpont, Jr., to Stanley A. Twardy, Jr. (May 3, 2018).

4.     To give defense counsel and Mr. Evans time to review the voluminous discovery and to adequately prepare for trial, we respectfully request a 90-day continuance of the trial in this matter to September 4, 2018.

5.     In light of the voluminous discovery and to give Mr. Evans and his counsel the ability to adequately prepare for trial, we also request that the Court exclude the time between today and September 4, 2018, under the Speedy Trial Act because the "ends of justice [are] served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, in light of the volume of discovery, the case is "so complex" that "it is unreasonable to expect adequate preparation . . . for the trial itself within the time limits established by this section." 18 U.S.C. § 3161(h)(7)(B)(ii).

6.     The government consents to this request.

Dated: May 29, 2018

        Respectfully submitted,

        LESLIE EVANS

        By: */s/ Daniel E. Wenner*
            Stanley A. Twardy, Jr. (ct05096)
            Day Pitney LLP
            One Canterbury Green
            201 Broad Street
            Stamford, CT 06901
            Tel: (203) 977-7300
            Fax: (203) 977-7301
            satwardy@daypitney.com

            — and —

            Daniel E. Wenner (ct27852)
            242 Trumbull Street
            Hartford, Connecticut 06103
            Tel: (860) 275-0100
            Fax: (860) 275-0343
            dwenner@daypitney.com

            His attorneys