## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------- x | : | |
| UNITED STATES OF AMERICA | : | No. 3:18-CR-48-VAB |
| | : | |
| v. | : | |
| | : | |
| LESLIE R. EVANS, | : | |
| | : | |
| Defendant. | : | November 30, 2018 |
| ------------------------------------------------------------- x | | |

**MOTION TO DISMISS COUNTS ONE THROUGH EIGHT
OF THE SUPERSEDING INDICTMENT AND TO TRANSFER
FURTHER PROCEEDINGS BY DEFENDANT LESLIE EVANS**

Defendant Leslie Evans respectfully moves this Court Pursuant to Rule 12(b)(3)(A)(i) and (B)(v) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution to dismiss Counts One through Eight of the Superseding Indictment due to improper venue and failure to state an offense. He further moves, in addition and in the alternative, pursuant to Rule 21(b) that any further proceedings be transferred to the U.S. District Court for the Southern District of Florida.

In support of this motion and pursuant to Local Rule 47(b), Mr. Evans incorporates by reference the arguments set forth in the Memorandum of Law in Support of Motion to Dismiss and to Transfer Venue (ECF 66-1) (Nov. 30, 2018).

WHEREFORE, we respectfully request that the Court dismiss Counts One through Eight of the Superseding Indictment and transfer any further proceedings to the U.S. District Court for the Southern District of Florida.

Dated: November 30, 2018

      Respectfully submitted,

      LESLIE EVANS

By: */s/ Daniel E. Wenner*
Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (203) 977-7301
satwardy@daypitney.com

— and —

Daniel E. Wenner (ct27852)
242 Trumbull Street
Hartford, Connecticut 06103
Tel: (860) 275-0100
Fax: (860) 275-0343
dwenner@daypitney.com

His attorneys