UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
:  No. 3:18-CR-48-VAB
UNITED STATES OF AMERICA          :
:
v.                                :
:
LESLIE R. EVANS,                  :
:
                Defendant.   :  November 30, 2018
------------------------------------------------------------ x

**MOTION TO SEVER THE TRIAL OF THE DEFENDANT
LESLIE R. EVANS FROM THE TRIALS OF DEFENDANTS
ROBERT V. MATTHEWS AND MARIA MATTHEWS BY
DEFENDANT LESLIE R. EVANS**

For the reasons set forth in the accompanying memorandum of law, the defendant, Leslie R. Evans, moves this Court pursuant to Rules 12(b)(3)(D) and 14(a) of the Federal Rules of Criminal Procedure to sever his trial from the trial of the defendants Robert V. Matthews and Maria Matthews.

Dated: November 30, 2018

    Respectfully submitted,

    LESLIE R. EVANS

    By: */s/ Daniel E. Wenner*
        Stanley A. Twardy, Jr. (ct05096)
        Day Pitney LLP
        One Canterbury Green
        201 Broad Street
        Stamford, CT 06901
        Tel: (203) 977-7300
        Fax: (203) 977-7301
        satwardy@daypitney.com

        — and —

        Daniel E. Wenner (ct27852)
        242 Trumbull Street
        Hartford, Connecticut 06103
        Tel: (860) 275-0100
        Fax: (860) 275-0343
        dwenner@daypitney.com

        His attorneys