UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-cr-00048-VAB |
| v. | : | |
| LESLIE R. EVANS | : | |
| Defendants. | : | June 28, 2019 |

## **CONSENT MOTION TO CONTINUE TRIAL DATE BY DEFENDANT LESLIE EVANS**

Defendant Leslie Evans respectfully moves to continue the trial date in the above-captioned action and to exclude the time under the Speedy Trial Act. In support of this Motion, Mr. Evans states as follows:

1. An indictment in this matter was returned March 14, 2018, charging Mr. Evans with various counts of wire fraud (18 U.S.C. § 1343), bank fraud (18 U.S.C. § 1344), conspiracy to commit wire fraud and bank fraud (18 U.S.C. § 1349), and unlawful money transactions (18 U.S.C. § 1957). ECF 1.

2. On April 19, 2018, Mr. Evans was arraigned on the indictment. Magistrate Judge Fitzsimmons set the matter down for trial on June 4, 2018 (ECF 20), and released Mr. Evans on conditions pursuant to the Bail Reform Act. ECF 19.

3. On May 29, 2018, Mr. Evans moved on consent of the government to continue the trial date to September 4, 2018. ECF 24. On May 30, 2018 the Court granted the motion, continuing jury selection until September 4, 2018, and excluding the time from May 30, 2018 to September 4, 2018 from the calculations under the Speedy Trial Act. ECF 25. Mr. Evans on

May 30, 2018 filed a waiver of his rights under the Speedy Trial Act for the period between May 30, 2018 and September 4, 2018.

4. On August 31, 2018 the Court entered an Order unsealing a superseding indictment in the matter. ECF 44. The superseding indictment, inter alia, added a new defendant, Maria Matthews. ECF 39.

5. On October 4, 2018, Mr. Evans filed a motion on consent of all parties to adopt a scheduling order. ECF 55. On November 2, 2018, after an intervening telephonic hearing, the Court granted the motion with some modifications to the proposed schedule, setting jury selection for July 8, 2019, and excluding the time from the date of the superseding indictment, August 29, 2018, to the date of jury selection, July 8, 2018, from the calculations under the Speedy Trial Act. ECF 58.

6. On April 10, 2019, Defendant Robert Matthews filed a motion to continue oral argument on pre-trial motions and to suspend the scheduling order in the matter, on the basis of a declared intention by the government to file a second superseding indictment. ECF 86. The Court granted the motion on April 11, 2019, suspending then-current pre-trial deadlines. ECF 87.

7. On April 25, 2019, Defendants Robert Matthews and Maria Matthews each entered pleas of guilty pursuant to plea agreements. ECF 96, 97, 99, 100.

8. On May 1, 2019, the Court granted motions by Stanley A. Twardy and Daniel E. Wenner to withdraw as counsel for Mr. Evans. ECF 94.

9. On May 8, 2019 the undersigned appeared as counsel for Mr. Evans. ECF 104.

10. Defense counsel has conferred telephonically with counsel for the government regarding the status of the matter and scheduling going forward. Defense counsel has advised

that they believe they will require additional time to review the voluminous discovery previously produced, to communicate with Mr. Evans and to prepare adequately for trial. The government advises that it is still evaluating whether to file a second superseding indictment. The parties have agreed to seek a continuance of the current trial date of July 8, 2019, and to request a conference in the first week of August for the purpose of discussing the trial schedule.

11. Accordingly, Mr. Evans requests that the current jury selection date of July 8, 2019 be continued, and that the Court set a conference to determine a new schedule at any available time from August 1, 2019 to August 7, 2019, inclusive.

12. Mr. Evans also requests, in light of the voluminous discovery and his new counsel's need adequately to prepare for trial, that the Court exclude the time between July 8, 2019 and any conference date in August 2019 under the Speedy Trial Act because the "ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(7)(A). Specifically, in light of the volume of discovery, the case is "so complex" that "it is unreasonable to expect adequate preparation ... for the trial itself within the time limits established by this section." 18 U.S.C. § 3161 (h)(7)(B)(ii).

13. Mr. Evans would, once a date certain is set for a conference, promptly file a waiver of his rights under the Speedy Trial Act regarding the period between July 8, 2019 and the date of the conference.

14. The government consents to this request.

Dated: June 28, 2019

                Respectfully submitted,

                **LESLIE R. EVANS**

        By: */s/ Michael J. Grudberg*
                Michael J. Grudberg (ct23165)
                Tarter Krinsky & Drogin LLP
                1350 Broadway, 11th Floor
                New York, New York
                Tel.: (212) 216-8000
                Fax.: (212) 216-8001
                mgrudberg@tarterkrinsky.com