UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-cr-00048-VAB |
| | : | |
| v. | : | |
| | : | |
| LESLIE R. EVANS | : | |
| | : | |
| Defendants. | : | August 13, 2019 |

## DECLARATION OF DEFENDANT

Pursuant to 28 U.S.C. §1746, I do hereby declare as follows:

1. I am over eighteen and understand the obligations of an oath.

2. I am the Defendant in *United States v. Leslie Evans*, No. 3:18-cr-00048-VAB.

3. I have been advised by my counsel that, pursuant to 18 U.S.C. § 3161(c)(1) and (d)(1), a trial in my case must be held with 70 days of my arraignment on the indictment.

4. I further have been advised by my counsel that, pursuant to 18 U.S.C. § 3162(a)(2), if the trial is not held within 70 days and that time is not extended, the indictment against me will be dismissed upon my motion.

5. I retained new counsel in May to represent me in this matter, and counsel is continuing to review the discovery previously produced, and meeting with me to prepare for trial. I am advised that at an August 6 status conference the government stated that it is still considering filing a second superseding indictment, and that my counsel advised the Court that he is still reviewing the voluminous discovery in preparation for trial. I am further advised that the parties requested, and that the Court set, a scheduling conference for September 10, 2019 at which dates for jury selection and trial will be discussed.

6.  Accordingly, I knowingly and voluntarily agree to exclude the period between August 6, 2019 and September 10, 2019 from the calculation of the time with which the trial in my case must be held under § 3161(c)(1) and (d)(1).  I understand that by making this agreement, I am waiving my rights under the Speedy Trial Act to have the trial in my case held within 70 days of my arraignment on the indictment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 13, 2019

/s/ Leslie R. Evans
**LESLIE R. EVANS**