UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18-cr-00048-VAB |
| | : | |
| v. | : | |
| | : | |
| LESLIE R. EVANS | : | |
| | : | |
| Defendants. | : | January 6, 2020 |

## **DECLARATION OF DEFENDANT**

Pursuant to 28 U.S.C. §1746, I do hereby declare as follows:

1. I am over eighteen and understand the obligations of an oath.

2. I am the Defendant in *United States v. Leslie Evans*, No. 3:18-cr-00048-VAB.

3. I have been advised by my counsel that, pursuant to 18 U.S.C. § 3161(c)(1) and (d)(1), a trial in my case must be held with 70 days of my arraignment on the indictment.

4. I further have been advised by my counsel that, pursuant to 18 U.S.C. § 3162(a)(2), if the trial is not held within 70 days and that time is not extended, the indictment against me will be dismissed upon my motion.

5. I caused my counsel to file a motion on December 20, 2019, on consent of the government, seeking a continuance of the date for jury selection from February 3, 2020 to April 6, 2020, and represented in that motion that such a continuance was in my best interests. The Court granted the motion on December 23, 2019, setting jury selection for April 6, 2020 and excluding the intervening time under 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

6. Accordingly, I knowingly and voluntarily agree to exclude the period between February 3, 2020 and April 6, 2020 from the calculation of the time with which the trial in my case must be held under § 3161(c)(1) and (d)(1). I understand that by making this agreement, I am waiving my rights under the Speedy Trial Act to have the trial in my case held within 70 days of my arraignment on the indictment.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 6, 2020

_____
**LESLIE R. EVANS**