

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

## NOTICE RE: RETURN OF PASSPORTS

When judgment is final, absent a court order directing the return of a passport to the defendant/counsel of record, the Clerk's Office will automatically return surrendered passports as follows:

Defendant Convicted

US Passports are returned to:
  US Department of State
  CA/PPT/L/LA
  44132 Mercure Circle
  P.O. Box 1227
  Sterling, VA 20166-1227
  Phone: 1-202-485-6400
  Email: CA-PPT-CourtOrders@state.gov

Foreign Passports are returned to:
  Immigration and Customs Enforcement
  Abraham Ribicoff Federal Building
  450 Main Street, Room 501
  Hartford, CT 06103
  1-800-375-5283 (National Customer Service Center)

Defendant Not Convicted: The Clerk's Office will request the Court's permission to return the passport to the defendant.

Expired passports are handled the same as valid passports.

Rev 10/20/14