UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA				No. 3:18-cr-00048-VAB

v.

LESLIE R. EVANS

Defendant.					February 22, 2022

### JOINT MOTION FOR CONTINUANCE AND FOR AUTHORIZATION OF ASSISTANCE BY THE UNITED STATES PROBATION OFFICE IN CONNECTION WITH A PRETRIAL DIVERSION PROGRAM

Pursuant to 18 U.S.C. § 3161(h)(2), the United States, by and through the United States Attorney for the District of Connecticut, and the defendant jointly move that the trial in the captioned criminal case be deferred until whichever of the following events occurs first:

1. A United States Probation Officer and the United States Attorney (through an Assistant United States Attorney), with the input of defense counsel, determine that they are unable to devise a satisfactory pretrial Diversion Program (hereafter referred to as "the Program") for the defendant, in which event the United States will request that this case be returned to the Court's calendar;

2. The defendant rejects the Program devised, in which event the United States will request that this case be returned to the Court's calendar;

3. The defendant fails to abide by the conditions of the Program devised, in which event the United States will request that this case be returned to the Court's calendar; or

4. The defendant successfully completes the Program devised, in which event the United States will move to dismiss the pending charges in this case, with prejudice.

1

The defendant has consented in writing to this deferral of prosecution. A copy of the defendant's written Pretrial Diversion Waiver is attached and made a part of this motion.

The United States and the defendant also request that the Court authorize personnel of the United States Probation Office to assist in preparing a Pretrial Diversion Report, in devising a Pretrial Diversion Program, and in supervising the defendant during the defendant's participation in the Program.

Finally, the United States and the defendant request that, if the Court grants this motion, a copy of the Court's order be transmitted to the United States Probation Office for further action consistent with the Order and the Pretrial Diversion Program. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

LEONARD C. BOYLE
UNITED STATES ATTORNEY

JOHN T. PIERPONT, JR.
Assistant United States Attorney
Federal Bar No. phv07973
157 Church Street, 25th Floor
New Haven, CT 06510
Phone: 203-821-3700

LESLIE R. EVANS
The Defendant

By: NEIL G. TAYLOR, ESQ.
SunTrust Plaza, Suite 1050
201 Alhambra Circle
Coral Gables, Florida 33134
Phone: 305-858-2233